Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–32898–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Borgersen | Janine Borgersen |
| 155 Lexington Avenue | 155 Lexington Avenue |
| Westwood, NJ 07675 | Westwood, NJ 07675 |

Social Security No.:
xxx–xx–0033                                                                xxx–xx–3833

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on March 22, 2021, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 174 – 170
Order Granting Motion For Relief From Stay re: 155 Lexington Ave., Westwood, NJ 07675 (Related Doc # 170). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/22/2021. (car)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 22, 2021
JAN: car

                                                                                             Jeanne Naughton
                                                                                Clerk